IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff

v.

ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388599 IN THE NAME OF TAREK WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865, and

ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388653 IN THE NAME OF MATILDA WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865.

Defendants

Civil Action No. 08-201ML

**WARRANT OF ARREST *IN REM***

TO: THE MARSHAL OF THE UNITED STATES AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on May 23, 2008, the United States of America filed a Verified Complaint for Forfeiture In Rem ("Complaint") in the United States District Court for the District of Rhode Island against the above-captioned defendants – namely All Funds in Cantella & Co. Inc. Renaissance Medical 401(k) p/s Plan Account Number A7T-388599 in the name of Tarek Wehbe and All Funds in Cantella & Co. Inc. Renaissance Medical 401(k) p/s Plan Account Number A7T-388653 in the name of Matilda Wehbe (collectively the "Defendant 401(k) Funds") – and alleges that said properties are subject to civil forfeiture to the United States for the reasons set forth in the Complaint;

WHEREAS, the Defendant 401(k) Funds are in the possession, custody, or control of Cantella & Co. Inc. of Two Oliver Street, 11th Floor, Boston, Massachusetts 02109 (hereinafter "Cantella");

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(ii) authorizes the issuance of this Warrant of Arrest *In Rem* for the arrest of the Defendant 401(k) Funds; and

WHEREAS, the Court is satisfied that based on the Complaint, there is probable cause and a reasonable basis to believe that the funds in the account are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) because the Defendant 401(k) Funds are involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 and/or constitute or are derived from proceeds traceable to a violation of 18 U.S.C. § 1341, 18 U.S.C. § 1343, and 18 U.S.C. § 1347, all offenses that constitute specified unlawful activities or are traceable to such property;

NOW THEREFORE, you are hereby commanded to arrest the above-named Defendant 401(k) Funds by serving a copy of this warrant on the custodian in whose possession, custody, or control the Defendant 401(k) Funds are presently found, namely Cantella, and to use whatever means may be appropriate to protect and maintain it in Cantella's custody until further order of this Court.

IT IS FURTHER ORDERED that until such time as ordered otherwise by the Court,

(1) Cantella shall maintain the Defendant 401(k) Funds in Renaissance Medical 401(k) p/s Plan Account Number A7T-388599 and Renaissance Medical 401(k) p/s Plan Account Number A7T-388653 in a manner consistent with Cantella's maintenance of 401(k) accounts associated with Renaissance Medical Group, including issuing trades, generating incoming, investing funds, accruing investment gains and losses, allowing investment per plan direction, withdrawing fees, costs, and operating expenses as allowed under the applicable 401(k) plan, and any other

conduct in the ordinary course of maintaining a 401(k) account and allowed under the applicable 401(k) plan; and

(2) no party may withdraw, debit, remove, or otherwise encumber any funds designated or representing the Defendant 401(k) Funds and/or any funds in Renaissance Medical 401(k) p/s Plan Account Number A7T-388599 or Renaissance Medical 401(k) p/s Plan Account Number A7T-388653, aside from Cantella in the limited manner set forth immediately above.

6/2/08

U.S. Magistrate Judge Lincoln D. Almond
U.S. District Court for the District of Rhode Island