USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CA 08-201ML |
| DEFENDANT<br>All Funds in Cantella & Co. Inc. Renaissance Medical 401(k), et al. | TYPE OF PROCESS<br>Notice of Forfeiture |

SERVE AT { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Milind M. Shah, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

Please publish once a week for three consecutive weeks in the Providence Journal, commencing as soon as possible.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF<br>☐ DEFENDANT | 401/709-5000 | 5/30/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 070 | No. | [signature] | 6/4/08 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)* | Date<br>7/9/08 | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>[signature] | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: ADVERTISED in PROV JO on 6/12-6/19 & 6/26/08
TOTAL cost $1,513.74 (08-FDA.000126 + 127)

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff
v.

ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388599 IN THE NAME OF TAREK WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865, and

ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388653 IN THE NAME OF MATILDA WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865.
Defendants

Civil Action No. 08-201ML

**NOTICE OF FORFEITURE ACTION**

On May 23, 2008, the United States Attorney for the District of Rhode Island filed a Verified Complaint for Forfeiture In Rem against the above-captioned defendant properties, pursuant to 18 U.S.C. § 981(a)(1)(A) and (C). Any person who asserts an interest in one or more of the defendant properties may contest the forfeiture by filing a claim in the United States District Court for the District of Rhode Island, U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903 under U.S. v. All Funds in Cantella & Co. Inc. Renasisance Medical 401(k) p/s Plann Account Number A7T-388599, et al., C.A. No. 08-201ML, by no later than 30 days after this publication or as specified in Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Additionally, a claimant must serve and file an answer to the complaint or a motion under Federal Rule of Civil Procedure 12 within 20 days after filing a claim. Claims and Answers are to be filed with the Clerk, United States District Court for the District of Rhode Island, One Exchange Terrace, Providence, Rhode Island 02903 with a copy thereof sent to the Assistant United States Attorney Milind Shah, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.