IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388599 IN THE NAME OF TAREK WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865, and<br><br>ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388653 IN THE NAME OF MATILDA WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865.<br>Defendants | Civil Action No. 08-201ML |

## CERTIFICATE OF SERVICE

I, Milind M. Shah, in accordance with Rule G(4) of the Supplemental Rules to the Federal Rules of Civil Procedure, had the attached Notice along with a copy of the Complaint for Forfeiture In Rem in the above-captioned matter sent to

(1) **Tarek Wehbe**
   a. on June 4, 2008 via electronic mail to twehbe@cox.net and mattoul1@hotmail.com;
   b. on May 28, 2008 via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865; and
   c. on June 4, 2008 via registered mail to Paul Wehbe (Tarek Wehbe's brother) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerhill Drive, Smithfield, RI 02917.

(2) **Matilda Wehbe**
   a. on June 4, 2008 via electronic mail to twehbe@cox.net and mattoul1@hotmail.com,
   b. on May 28, 2008 via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865 on May 28, 2008; and
   c. on June 4, 2008 via registered mail to Paul Wehbe (Matilda Wehbe's brother-in-law) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerhill Drive, Smithfield, RI 02917.

(3) **Cantella & Co., Inc.** on

a. on June 3, 2008 to George Mann, Esquire, Cantella & Co., Inc., 2 Oliver Street, Boston, Massachusetts 02109.

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Date: July 31, 2008