IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff
v.

ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388599 IN THE NAME OF TAREK WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865, and

ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388653 IN THE NAME OF MATILDA WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865.
Defendants

Civil Action No. 08-201ML

# NOTICE OF COMPLAINT FOR FORFEITURE

**WHEREAS**, a civil complaint seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) was filed on May 23, 2008 in the United States District Court for the District of Rhode Island by Robert Corrente, United States Attorney, on behalf of the United States of America, plaintiff, against the above-captioned defendant properties. The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States. The complaint is attached hereto.

All persons asserting an interest in or claim against any of the defendant real properties and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, **thirty-five (35) days** after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than thirty (30) days after final publication of newspaper notice or legal notice or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty (20) days** after filing the claim.

Supplemental Rule G(5) provides in pertinent part: "The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D).

Claims and Answers are to be filed with the Clerk, United States District Court for the District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, Rhode Island 02903 with a copy thereof sent to Assistant United States Attorney Milind Shah, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.