IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
v.

ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388599 IN THE NAME OF TAREK WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865, and

ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388653 IN THE NAME OF MATILDA WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865.

Civil Action No. 08-201ML

**MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff United States of America (the "United States") moves for entry of a final order of judgment and decree of forfeiture in the form attached as Exhibit A. The United States filed a Verified Complaint for Forfeiture In Rem and, as required under Supplemental Rule G, had notice of this action published and sent to all known potential claimants. The deadline for filing a claim has passed and no claims have been filed.

In support of this Motion, the United States provides the following additional information:

1. On May 23, 2008, the United States filed a Complaint for Forfeiture in Rem, initiating the above-captioned matter against all funds in the two accounts (hereinafter "defendant funds"). *See* Docket Entry 1 (Complaint). The Court issued a warrant authorizing arrest of the defendant funds. *See id* at Entry 3. Pursuant to this order, Cantella & Co. is presently maintaining custody of the defendant funds.

2. On June 3, 2008, the United States had notice of this forfeiture action

along with a copy of the Complaint sent to Cantella & Co., Inc., and on June 4, 2008, the United States had notice of this forfeiture action along with a copy of the Complaint sent to Tarek Wehbe and Matilda Wehbe. *See* Docket Entry 4 (Certificate of Servie).

3. On June 12, 19, and 26 of 2008, the United States had notice of the forfeiture action published in the Providence Journal. *See* Docket Entry 3 (Process Return).

4. No one has filed a claim in this action, and no one has otherwise attempted to plead or defend in this action. Accordingly, the only interest in the defendants funds of record in this case is the interest set forth by the United States in its Complaint.

5. Under Supplemental Rule G(5)(a)(ii), the latest date to file a claim is thirty days after final publication of the notice. The final publication was on June 26, and the latest business date to file a claim is no later than July 28.

Based on the forgoing, Plaintiff submits that there is no reason to withhold entry of the requested judgment in this matter. Plaintiff respectfully requests entry of a final order of judgment in the form attached at Exhibit A.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 / 401-709-5017 (fax)
milind.shah@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2008, I electronically filed the above Motion with attachment with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. I also mailed the above Motion with attachment to the following in the manner specified:

(1) **Tarek Wehbe**

a. via electronic mail to twehbe@cox.net and mattoul1@hotmail.com;
b. via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865; and
c. via first-class mail to Paul Wehbe (Tarek Wehbe's brother) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerhill Drive, Smithfield, RI 02917.

(2) **Matilda Wehbe**

a. via electronic mail to twehbe@cox.net and mattoul1@hotmail.com,
b. via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865 on May 28, 2008; and
c. via first-class mail to Paul Wehbe (Matilda Wehbe's brother-in-law) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerhill Drive, Smithfield, RI 02917.

(3) **Cantella & Co., Inc.**

a. via first-class mail to George Mann, Esquire, Cantella & Co., Inc., 2 Oliver Street, Boston, Massachusetts 02109.

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney