IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388599 IN THE NAME OF TAREK WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865, and<br><br>ALL FUNDS IN CANTELLA & CO. INC. RENAISSANCE MEDICAL 401(K) P/S PLAN ACCOUNT NUMBER A7T-388653 IN THE NAME OF MATILDA WEHBE PRESENTLY OR FORMERLY OF 6 PINE TREE LANE, LINCOLN, RHODE ISLAND 02865. | Civil Action No. 08-201ML |

**ORDER**

Plaintiff United States of America (the "United States") having filed a Verified Complaint for Forfeiture In Rem against the above-captioned defendants (the "defendant funds"); no person or entity having filed a claim or otherwise having attempted to plead or defend in this action; and per Supplemental Rule G notice of this action having been published and sent to Tarek Wehbe, Matilda Wehbe, and Cantella & Co., Inc.; it is hereby ORDERED and ADJUDGED that the defendant funds are hereby forfeited and condemned to Plaintiff United States. It is further ORDERED that Cantella & Co., Inc. shall release the defendant funds to the United States and that the defendant funds shall be disposed of according to law and the United States Marshal is authorized and ordered to dispose of the funds according to law.

BY ORDER:

Barbara Barletta

ENTER:

Mary M. Lisi 8/1/08
MARY M. LISI
Chief Judge, United States District Court
for the District of Rhode Island