UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TEXTRON FINANCIAL
CORPORATION

vs. CA 08-20ML

VISTA INTERNATIONAL
DEVELOPMENT, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
August 7 , 2008

Entered as an Order of this Court on August 7 , 2008.

Barbara Barletta
Deputy Clerk